Justice EAKIN and BAER join this dissenting statement.

■

**Charles E. DOCKINS, Jr., Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 21, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of November, 2007, because in sustaining the Pennsylvania Board of Probation and Parole's preliminary objections, the Commonwealth Court did not address Appellant's argument that the requirement that he submit a confession to his crimes constitutes unconstitutional compelled speech, the case is **REMANDED** for the Commonwealth Court to conduct a review of this question. In all other respects, the order of the Commonwealth Court is **AFFIRMED.** Jurisdiction relinquished.

■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Lucas Martin HOBBS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 21, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of November, 2007, the order of the Allegheny County Court of Common Pleas is reversed insofar as it declared Section 3802 of the Vehicle Code, 75 Pa.C.S. § 3802, unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Duda,* 592 Pa. 164, 923 A.2d 1138 (2007); *Commonwealth v. Finchio,* 592 Pa. 577, 926

A.2d 968 (2007). The Commonwealth's petition for an immediate remand is dismissed as moot.